

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00362-CV

_____

IN RE JIMMIE ROYCE NORRIS II, Relator

---

Original Proceeding
43rd District Court of Parker County, Texas
Trial Court No. CR-25-0553

---

Before Birdwell, Bassel, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion to stay proceedings and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion to stay proceedings are denied.

Per Curiam

Delivered: July 23, 2025